*11*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

                                CRIM NO. 17-cr-20639

v.

                                HON. TERRENCE BERG

                                Violations:

| | | |
|---|---|---|
| D-1 | MICHAEL DEANGELO GRIFFIN, | 18 U.S.C. § 2261A(1) |
| D-2 | DENNIS CLIFTON EPPS, | 18 U.S.C. § 2261(b)(1) |
| D-3 | MARIANO LOZOYA GARCIA, | 18 U.S.C. § 924(c) & (j) |
| D-4 | RUBEN VALDEZ, JR., | 18 U.S.C. § 1952 |
| D-5 | TROY DONTEL HARRIS | 18 U.S.C. § 2 |
| | | 21 U.S.C. § 846 |
| | Defendants. | 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 851 |
| | | 18 U.S.C. § 1956(a)(1) |
| | | 18 U.S.C. § 1956(h) |

_____/

FILED
CLERK'S OFFICE
JUN 19 2019
U.S. DISTRICT COURT
EASTERN MICHIGAN

## **THIRD SUPERSEDING INDICTMENT**

The Grand Jury charges:

## **COUNT ONE**

(18 U.S.C. §§ 2261A(1); 2261(b)(1) - *Interstate Travel with the Intent to Kill, Injure or Harass;* 18 U.S.C. § 2 - *Aiding and Abetting*)

D-1    MICHAEL DEANGELO GRIFFIN
D-2    DENNIS CLIFTON EPPS
D-3    MARIANO LOZOYA GARCIA

On or about December 18, 2016, in the Eastern District of Michigan and

elsewhere, the defendants, MICHAEL DEANGELO GRIFFIN, DENNIS CLIFTON

EPPS and MARIANO LOZOYA GARCIA, aiding and abetting each other, did knowingly travel in interstate commerce from the area of Birmingham, Alabama to Detroit, Michigan, with the intent to kill, injure, or harass another person, that is Robert James Eddins IV, and in the course of, or as a result of, such travel the defendants placed Robert James Eddins IV and Ricardo Denard McFarlin in reasonable fear of death or serious bodily injury, and such acts resulted in the deaths of Robert James Eddins IV and Ricardo Denard McFarlin, all in violation of Title 18, United States Code, Sections 2261A(1), 2261(b)(1), and 2.

### COUNT TWO

(18 U.S.C. §§ 924(c), 924 (j) - *Use and Carry of a Firearm During,*
*and in Relation to, a Crime of Violence Causing Death;*
18 U.S.C. § 2 - *Aiding and Abetting*)

D-1   MICHAEL DEANGELO GRIFFIN
D-2   DENNIS CLIFTON EPPS
D-3   MARIANO LOZOYA GARCIA

On or about December 20, 2016, in the Eastern District of Michigan and elsewhere, the defendants, MICHAEL DEANGELO GRIFFIN, DENNIS CLIFTON EPPS and MARIANO LOZOYA GARCIA, aiding and abetting each other, did knowingly and intentionally use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which the defendants may be prosecuted in

2

a court of the United States, that is, traveling in interstate commerce with the intent to kill, injure, or harass another person, as alleged in Count One of this indictment, and in so doing, the defendants committed murder as defined in Title 18, United States Code, Section 1111, that is the unlawful killing of Robert James Eddins IV, and Ricardo Denard McFarlin, with malice aforethought, all in violation of Title 18 United States Code, Sections 924 (c), 924 (j), and 2.

## COUNT THREE

(18 U.S.C. §§ 1952- *Interstate Travel in Aid of Unlawful Activity;*
18 U.S.C. § 2 - *Aiding and Abetting*)

D-1   MICHAEL DEANGELO GRIFFIN
D-2   DENNIS CLIFTON EPPS
D-3   MARIANO LOZOYA GARCIA

On or about December 18, 2016, in the Eastern District of Michigan, and elsewhere, the defendants, MICHAEL DEANGELO GRIFFIN, DENNIS CLIFTON EPPS and MARIANO LOZOYA GARCIA, aiding and abetting each other, did knowingly travel in interstate commerce from the area of Birmingham, Alabama to Detroit, Michigan, with the intent to commit violence to further an unlawful activity, that is, conspiracy to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, and thereafter

3

committed and attempted to commit the crime of violence, to further such activity, and the crime of violence resulted in the deaths of Robert James Eddins IV and Ricardo Denard McFarlin, all in violation of Title 18, United States Code, Sections 1952 and 2.

## COUNT FOUR

(18 U.S.C. §§ 924(c), 924(j) - *Use and Carry of a Firearm During,
and in Relation to, a Crime of Violence Causing Death;*
18 U.S.C. § 2 - *Aiding and Abetting*)

D-1   MICHAEL DEANGELO GRIFFIN
D-2   DENNIS CLIFTON EPPS
D-3   MARIANO LOZOYA GARCIA

On or about December 20, 2016, in the Eastern District of Michigan and elsewhere, the defendants MICHAEL DEANGELO GRIFFIN, DENNIS CLIFTON EPPS and MARIANO LOZOYA GARCIA, aiding and abetting each other, did knowingly and intentionally use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which the defendants may be prosecuted in a court of the United States, that is, traveling in interstate commerce with the intent to commit a crime of violence to further an unlawful activity, as alleged in Count Three of this indictment, and in so doing, the defendants committed murder as defined in Title 18, United States Code, Section 1111, that is the unlawful killing of

4

Robert James Eddins IV and Ricardo Denard McFarlin, with malice aforethought,

all in violation of Title 18 United States Code, Sections 924 (c), 924 (j), and 2.

## COUNT FIVE

(21 U.S.C. §§ 846, 841(A)(1), 841(b)(1)(A) (ii) & 841(b)(1)(C) - *Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine and Heroin*)

D-1   MICHAEL DEANGELO GRIFFIN
D-2   DENNIS CLIFTON EPPS
D-3   MARIANO LOZOYA GARCIA
D-4   RUBEN VALDEZ, JR.
D-5   TROY DONTEL HARRIS

From in or about June 2016, said date being approximate, and continuing to

the date of this indictment, in the Eastern District of Michigan and elsewhere, the

defendants, MICHAEL DEANGELO GRIFFIN, DENNIS CLIFTON EPPS and

MARIANO LOZOYA GARCIA, RUBEN VALDEZ, JR., and TROY DONTEL

HARRIS, did knowingly, intentionally and unlawfully combine, conspire,

confederate and agree with one another and with other persons, both known and

unknown to the Grand Jury, to possess with intent to distribute and to distribute 5

kilograms or more of a mixture containing a detectable amount of cocaine and a

mixture or substance containing a detectable amount of heroin, all in violation of

Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(ii), and

5

841(b)(1)(C).

Prior Convictions – Sentencing Enhancement

Pursuant to Title 21, United States Code, Sections 841 and 851, the grand jury finds the following:

1.      Before **MICHAEL DEANGELO GRIFFIN** committed the offense charged in this count, **MICHAEL DEANGELO GRIFFIN** had a final conviction for a serious drug felony, namely, a conviction under 21 United States Code, Section 841(a)(1), possession with the intent to distribute cocaine base, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

2.      Before **MARIANO LOZOYA GARCIA** committed the offense charged in this count, **MARIANO LOZOYA GARCIA** had a final conviction for a serious drug felony, namely, a conviction under 21 United States Code, Section 841(a)(1), possession with the intent to distribute 5 kilograms or more of cocaine, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

3.      Before **RUBEN VALDEZ, Jr.** committed the offense charged in this count,

6

**RUBEN VALDEZ, Jr.** had a final conviction for a serious drug felony, namely, a conviction under 21 United States Code, Sections 846 and 841(a)(1), conspiracy to possess with the intent to distribute 100 kilograms or more of marijuana, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

4.      Before **TROY DONTEL HARRIS** committed the offense charged in this count, **TROY DONTEL HARRIS** had a final conviction for a serious drug felony, namely, a conviction under 21 United States Code, Sections 846 and 841(a)(1), conspiracy to possess with the intent to distribute 100 kilograms or more of marijuana, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

7

## COUNT SIX

(18 U.S.C. §§ 924(c), 924 (j) - *Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime;*
18 U.S.C. § 2 - *Aiding and Abetting*)

D-1   MICHAEL DEANGELO GRIFFIN
D-2   DENNIS CLIFTON EPPS
D-3   MARIANO LOZOYA GARCIA

On or about December 20, 2016, in the Eastern District of Michigan and elsewhere, the defendants, MICHAEL DEANGELO GRIFFIN, DENNIS CLIFTON EPPS and MARIANO LOZOYA GARCIA, aiding and abetting each other, did knowingly and intentionally use, carry, brandish, and discharge a firearm, during and in relation to drug trafficking crime for which the defendants may be prosecuted in a court of the United States, that is, conspiracy to possess with intent to distribute and to distribute controlled substances, as alleged in Count Five of this indictment, and in so doing, the defendants committed murder as defined in Title 18, United States Code, Section 1111, that is the unlawful killing of Robert James Eddins IV and Ricardo Denard McFarlin, with malice aforethought, all in violation of Title 18 United States Code, Sections 924 (c), 924 (j), and 2.

8

## COUNT SEVEN

(18 U.S.C. §§1956(a)(1)(A)(i),(a)(1)(B)(i) and 1956(h)-
*Conspiracy to Launder Monetary Instruments*)

D-1   MICHAEL DEANGELO GRIFFIN
D-2   DENNIS CLIFTON EPPS
D-3   MARIANO LOZOYA GARCIA
D-5   TROY DONTEL HARRIS

From in or about June 2016 and continuing through the date of this

indictment, in the Eastern District of Michigan, Southern Division and elsewhere,

the defendants MICHAEL DEANGELO GRIFFIN, DENNIS CLIFTON EPPS,

MARIANO LOZOYA GARCIA, TROY DONTEL HARRIS, and others known

and unknown to the Grand Jury, knowing that the property involved represented

the proceeds of some form of unlawful activity, as defined in Title 18, United

States Code, Section 1956(c)(1), that is, the distribution of controlled substances, a

felony under Title 21, United States Code, Section 841(a)(1), did knowingly,

intentionally and unlawfully combine, conspire and confederate and agree with

each other, and with others to conduct and cause to be conducted financial

transactions which involved the proceeds of said unlawful activity, with the intent

to promote the carrying on of said unlawful activity and to conceal and disguise the

nature, the location, the source, the ownership, and the control of the proceeds of

9

the specified unlawful activity, in violation of Title 18, United States Code,

Sections 1956(a)(1)(A)(i),(a)(1)(B)(i) and (h)

All in violation of Title 18, United States Code, Section 1956(h).

THIS IS A TRUE BILL.


s/ *Grand Jury Foreperson*
GRAND JURY FOREPERSON


MATTHEW SCHNEIDER
United States Attorney


s/ *Julie A. Beck*
JULIE A. BECK
Chief, DRUG TASK FORCE UNIT


s/ *Rajesh Prasad*
RAJESH PRASAD
Assistant United States Attorney


s/ *Dawn N. Ison*
DAWN N. ISON
Assistant United States Attorney


Dated: June 19, 2019


10

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>17-cr-20639 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

FILED USDC - CLRK DET
2019 JUN 19 PM 2:09

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _RGP_ |

**Case Title:** USA v. Michael Griffin, et al.

**County where offense occurred :** Wayne

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

_____ Indictment/_____ Information --- **no prior complaint.**

_____ Indictment/_____ Information --- based upon prior complaint [Case number: _____]

___✓___ Indictment/_____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** 17-cr-20639            **Judge:** Terrence Berg

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| D-5 Troy Dontel Harris | 21 USC 841(a)(1), (b)(1)(A)(ii), (b)(1)(C), and 846<br>18 USC 1956(a)(1)(A)(i), (a)(1)(B)(i) and 1956(h) | 18-mj-30483 |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 19, 2019
_____
Date

Rajesh Prasad
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9100
Fax:    (313) 226-5464
E-Mail address: Rajesh.Prasad@usdoj.gov
Attorney Bar #: P68519

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.