PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## For the
## Eastern District of Michigan

U.S.A. vs. Harris, Troy Dontel                                                      Docket No. 17-20639-05

### Petition for Action on Conditions of Pretrial Release

**COMES NOW** Derek Brand Pretrial Services Officer, presenting an official report upon the conduct of defendant Troy Dontel Harris, who was placed under pretrial release supervision by United States Magistrate Judge David R. Grand, sitting in the Court at Detroit, Michigan on June 27, 2019, under the following conditions:

1. Report as directed to Pretrial Services
2. Continue or actively seek employment
3. Restrict travel to the Eastern District of Michigan
4. No contact with the co-defendants
5. Possess no weapons
6. Do not possess controlled substances unless prescribed by a licensed physician
7. Alcohol abstinence
8. Submit to drug and alcohol testing as directed by Pretrial Services
9. Participate in substance abuse treatment as directed by Pretrial Services
10. Participate in location monitoring with curfew as directed by Pretrial Services
11. Submit to GPS electronic monitoring as directed by Pretrial Services and pay for the cost of the program on an ability to pay basis
12. Report any police contact within 24 hours
13. Clear all warrants within 90 days

**Respectfully presenting petition for action of Court and for cause as follows:**

A trial date has not been scheduled for this matter as of today's date.

Mr. Harris has been on location monitoring for nearly two years. He is reporting as required to Pretrial Services, is a self-employed caterer, and has remained drug and alcohol free. He is currently in compliance with his location monitoring and curfew conditions. The defendant has an outstanding traffic warrant out of the 43rd District Court in Ferndale, Michigan. He has been instructed to clear his outstanding warrant but has not been able to do so.

Pretrial Services has assessed the defendant's risk of danger to the community and risk of non-appearance and recommends the removal of location monitoring as it is no longer necessary to mitigate these risks based on his overall compliance with location monitoring and while on bond.

Pretrial Services emailed Assistant United States Attorney Rajesh Prasad and Attorney Byron Pitts regarding this request. Pretrial Services has not received a reply from either party.

**PRAYING THE COURT WILL AMEND THE DEFENDANT'S BOND BY REMOVING LOCATION MONITORING AND CURFEW CONDIITONS.**

**SO ORDERED**

| | |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on April 30, 2021<br><br><br>Respectfully,<br><br>_s/Derek Brand_____<br>United States Pretrial Services Officer<br><br><br>Place: Detroit, Michigan | ORDER OF COURT<br><br>Considered and ordered this 4th day of May, 2021 and ordered filed and made a part of the records in the above case.<br><br>/s/Terrence G. Berg_____<br>United States District Judge Terrence G. Berg |